## THEARD et al. *v.* PRIEUR, Recorder of Mortgages, et al.

THIS case presented the same question as the last, and was decided in the same way.